## LEWIS v. STATE.
No. 21052.

Court of Criminal Appeals of Texas.

April 10, 1940.

W. A. Hogan, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for selling whisky without having obtained a permit from the Texas Liquor Control Board. Punishment was assessed at a fine of $250.

The indictment seems to be in regular form. No statement of facts or bills of exception are found in the record. In such condition nothing is presented for review.

The judgment is affirmed.